# INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE MICHAEL S. NACHMANOFF

CA- 18CV760

DATE: 3/13/19

TIME: 11:05am TO 11:30

APPEARANCES COUNSEL FOR:

(X) PLAINTIFF (X) DEFENDANT ( ) PRO SE PLAINTIFF ( ) PRO SE DEFENDANT

DISCOVERY PLAN:

(X) APPROVED ( ) APPROVED AS AMENDED ( ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

— no modifications solely by agreement of the parties

ADR/SETTLEMENT:

( ) PENDING ( ) WILL DISCUSS ( ) OTHER

— meet + confer by 3/25/19 re: number of claims at issue

(X) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE